**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL ANTHONY LOPEZ, et al.,**<br><br>Defendants. | **CASE NO. 1:16-cv-00607-AWI-BAM**<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**New Date:** September 8, 2016<br>Time: 9:00 a.m.<br>Courtroom: 8<br>Magistrate Judge Barbara A. McAuliffe |

Having reviewed the Plaintiff's *Ex Parte* Application to Continue the Scheduling Conference, IT IS HEREBY ORDERED that the Scheduling Conference is continued from 7/26/2016 to **Thursday, September 8, 2016 at 9:00 AM in Courtroom 8 before Judge McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **July 20, 2016**         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE