**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MICHAEL ANTHONY LOPEZ, ET AL.**<br><br>**Defendants.** | Case No. 1:16-cv-00607-AWI-BAM<br><br>ORDER <s>(Proposed)</s> GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |

**ORDER <s>(Proposed)</s>**

The Court, upon review of Plaintiff's request and representations (Doc. 11) presented in the above-entitled matter hereby orders the following:

///

///

///

Plaintiff is granted an additional forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendants Michael Anthony Lopez and Score Sports Café and Lounge, where service has not been made or service by publication requested.

IT IS FURTHER ORDERED THAT the Scheduling Conference is continued from November 1, 2016 to January 11, 2017 at 9:00 AM in Courtroom 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated: **September 29, 2016**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE