**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>MICHAEL ANTHONY LOPEZ, <br><br>Defendant. | Case No. 1:16-cv-00607-AWI-BAM <br><br><br>**ORDER (Proposed) GRANTING PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE and CONTINUE SCHEDULING CONFERENCE HEARING** |

**ORDER (Proposed)**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

///

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Michael Anthony Lopez and Scores Sports Café and Lounge, an unknown business entity doing business as Scores Sports Café and Lounge, where service has not been made or service by publication requested.

IT IS FURTHER ORDERED THAT the Scheduling Conference is continued from January 11, 2017 at 9:00 a.m. to March 2, 2017 at 9:00 AM in courtroom 8 before Judge McAuliffe.

**IT IS SO ORDERED**:

Dated:   **December 20, 2016**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE