UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ANTHONY LOPEZ, et al., <br><br> Defendants. | Case No.: 1:16-cv-00607-AWI-BAM <br><br> ORDER GRANTING PLAINTIFF'S FOURTH EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE <br> (Doc. 15) |

Before the Court is Plaintiff J & J Sports Productions, Inc.'s Fourth *Ex Parte* Application for an Order Extending Time to Complete Service. Doc. 15. Having considered Plaintiff's *ex parte* application, and good cause appearing therefor, **IT IS HEREBY ORDERED:**

Plaintiff is granted an additional ten (10) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Michael Anthony Lopez and Scores Sports Café and Lounge, an unknown business entity doing business as Scores Sports Café and Lounge, where service has not been made or service by publication requested.

IT IS SO ORDERED.

Dated: **January 23, 2017**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1